UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM BENTLEY,

                    Plaintiff,

          -against-

CITY OF PEEKSKILL, NEW YORK;
PEEKSKILL POLICE DEPARTMENT;
DETECTIVE JOHN DOE; OFFICER
KREUSCHER; SERGEANT JOHN DOE;
JOHN/JANE DOES 1-5,

                    Defendants.

**ORDER**

25-CV-9100 (PMH)

PHILIP M. HALPERN, United States District Judge:

On May 26, 2026, the Court issued an order that directed, *inter alia*, by June 9, 2026: (1) the parties to file a proposed Civil Case Discovery Plan and Scheduling Order (in the form attached to the Notice of Initial Conference (Doc. 11)); and (2) Defendants to comply with the *Valentin* Order by providing to the Court and Plaintiff the information identifying the John Doe detective, sergeant, and officers who were involved in Plaintiff's arrest and related events of October 14, 2025. (Doc. 14).

Neither of the Court's directives has been complied with. Accordingly, the Court *sua sponte* extends the deadline to file a proposed Civil Case Discovery Plan and Scheduling Order and a *Valentin* response to June 12, 2026.

SO ORDERED.

Dated:    White Plains, New York
          June 10, 2026

_____
PHILIP M. HALPERN
United States District Judge