UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM BENTLEY,

                    Plaintiff,

         -against-

CITY OF PEEKSKILL, NEW YORK;
PEEKSKILL POLICE DEPARTMENT;
DETECTIVE JOHN DOE; OFFICER
KREUSCHER; SERGEANT JOHN DOE;
JOHN/JANE DOES 1-5,

                    Defendants.

**ORDER**

25-CV-9100 (PMH)

PHILIP M. HALPERN, United States District Judge:

The initial conference in this matter was scheduled for May 26, 2026. Counsel for defendants appeared; Plaintiff did not appear. Accordingly, the initial conference was rescheduled to June 15, 2026. Counsel for defendants appeared; Plaintiff again did not appear.

Plaintiff is warned that the Court may dismiss this action under Federal Rule of Civil Procedure 41(b) if he continues to fail to comply with this Court's orders, and otherwise fails to participate in this lawsuit.

In light of defendants' representation in their response to the *Valetin* Order (Doc. 19-1), the Court deems Plaintiff's complaint amended to substitute the John Doe defendants with P.O Santiago, P.O. Kikis, P.O. Weiskittel, and P.O. Mena. In the interest of judicial economy, defense counsel is directed to file a letter via ECF advising the Court, on or before June 24, 2026: (1) whether it will be representing P.O Santiago, P.O. Kikis, P.O. Weiskittel, and P.O. Mena; and (2) whether they agree to waive service of summonses and the complaint.

The Court will separately docket the Civil Case Discovery Plan and Scheduling Order. Defense counsel is directed to provide a copy of the Civil Case Discovery Plan and Scheduling Order and this Order to Plaintiff.

The Clerk of Court is respectfully requested to substitute the John Doe defendants with P.O Santiago, P.O. Kikis, P.O. Weiskittel, and P.O. Mena.

SO ORDERED.

Dated:   White Plains, New York
         June 15, 2026

_____
PHILIP M. HALPERN
United States District Judge

2