UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM BENTLEY,

Plaintiff,

-against-

CITY OF PEEKSKILL, NEW YORK;
PEEKSKILL POLICE DEPARTMENT;
DETECTIVE JOHN DOE; OFFICER
KREUSCHER; SERGEANT JOHN DOE;
JOHN/JANE DOES 1-5,

Defendants.

**ORDER**

25-CV-9100 (PMH)

PHILIP M. HALPERN, United States District Judge:

On June 15, 2026, the Court directed defense counsel to file a letter by June 24, 2026 via ECF advising the Court: (1) whether it will be representing P.O Santiago, P.O. Kikis, P.O. Weiskittel, and P.O. Mena; and (2) whether they agree to waive service of summonses and the complaint. No letter has been filed to date. (Doc. 23).

Accordingly, defense counsel shall comply with the Court's June 15, 2026 order and file the letter as directed by July 6, 2026.

SO ORDERED.

Dated:   White Plains, New York
         June 29, 2026

_____
PHILIP M. HALPERN
United States District Judge