**HODGES WALSH & BURKE, LLP**
ATTORNEYS AT LAW
55 CHURCH STREET, SUITE 211
WHITE PLAINS, NEW YORK 10601

Application granted. A telephone conference has been scheduled for October 5, 2026 at 10:30 a.m. At the time of the scheduled conference, all parties shall call the following number: (855) 244-8681; access code 2317 236 5283. Plaintiff has already been warned previously (Doc. 23), and he is reminded again, that the Court may dismiss this action if he continues to fail to comply with this Court's orders, and otherwise fails to participate in this lawsuit.

SO ORDERED.

_______________________
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
September 9, 2026

Michael K. Burke, Esq.
Direct E-Mail: mburke@hwb-lawfirm.com

Hon. Philip M. Halpern
United States District Judge
United States District Court
Southern District Court of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Bentley v. City of Peekskill, et al.*
Docket No.: 25-CIV-9100(PMH)

Dear Judge Halpern:

I write on behalf of Defendants to respectfully request the Court's intervention concerning outstanding discovery in the above-referenced matter.

On July 16, 2026, Defendants served Plaintiff, Mr. Bentley, with discovery demands and Defendants' disclosures pursuant to Federal Rule of Civil Procedure 26(a). As part of that discovery, Defendants also served a notice scheduling Plaintiff's deposition for August 26, 2026. Moreover, to date, Plaintiff has not served any responses to Defendants' discovery demands, has not provided his Rule 26(a) disclosures, and failed to appear for his duly noticed deposition on August 26, 2026.

Accordingly, Defendants respectfully request that the Court schedule a conference to address these outstanding discovery deficiencies and Plaintiff's failure to appear for his deposition.

Thank you for the Court's consideration.

Respectfully Submitted,

/s/ Michael Burke
Michael K. Burke, Esq.
Hodges, Walsh, & Burke, LLP
Attorneys for Defendants

cc : Mr. William Bentley, Pro Se Plaintiff
24 James Street
Ossining, New York 10562