UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM BENTLEY,

Plaintiff,

-against-

CITY OF PEEKSKILL, NEW YORK; PEEKSKILL POLICE DEPARTMENT; DETECTIVE JOHN DOE; OFFICER KREUSCHER; SERGEANT JOHN DOE; JOHN/JANE DOES 1-5,

Defendants.

**ORDER**

25-CV-9100 (PMH)

PHILIP M. HALPERN, United States District Judge:

The initial conference in this matter was scheduled for May 26, 2026. (Doc. 15). Counsel for defendants appeared; Plaintiff did not appear. (Doc. 16). Accordingly, the initial conference was rescheduled to June 15, 2026. (*Id.*). Counsel for defendants appeared; Plaintiff again did not appear. (Doc. 18). The Court issued an order, *inter alia*, warning Plaintiff that this action would be dismissed if he continued to fail to comply with this Court's orders, and otherwise failed to participate in this lawsuit. (Doc. 23). A civil case discovery plan and scheduling order was entered, providing for the completion of fact discovery by September 15, 2026 and all discovery by October 30, 2026. (Doc. 24).

On September 8, 2026, Defendants filed a letter explaining that they served Plaintiff with discovery demands and disclosures on July 16, 2026, as well as a notice of deposition for August 26, 2026, and Plaintiff did not serve initial disclosures or responses to the discovery demands, and did not appear for the deposition. (Doc. 31). Plaintiff has not filed any response to date, nor has he communicated with the Court in any way since the commencement of this action on October 31, 2025.

On September 10, 2026, in connection with Defendants' request to compel discovery, the Court issued an order scheduling a conference for October 5, 2026. (Doc. 32). Plaintiff was again warned in that order that continued failure to comply with this Court's orders and failure to participate in this lawsuit may result in dismissal of this action. (*Id.*). Nevertheless, Plaintiff did not appear for the October 5, 2026 conference.

It is hereby ordered that Plaintiff shall serve initial disclosures and responses to Defendants' discovery demands by October 16, 2026. Plaintiff shall confer with defense counsel to schedule a mutually agreeable date and time for his deposition, that ensures that the deposition is completed by October 30, 2026. In light of the circumstances of this case, no further opportunities to comply with the discovery demands and the Court's orders will be afforded. Should Plaintiff fail to serve initial disclosures and responses to Defendants' discovery demands by October 16, 2026 or fail to appear and be deposed in the time provided, the Court may dismiss this action under Federal Rule of Civil Procedure 41(b).

Defendants, by November 6, 2026, shall file an affidavit by a person with personal knowledge bringing current all attempts to obtain discovery and to schedule Plaintiff's deposition, and whether they received any discovery and/or conducted the deposition.

Although Plaintiff has consented to receive electronic service (Doc. 3), in an abundance of caution, the Court respectfully requests the Clerk of Court mail a copy of this Order to Plaintiff at the address listed on the docket.

SO ORDERED.

Dated: White Plains, New York
October 5, 2026

PHILIP M. HALPERN
United States District Judge