UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM BENTLEY,

Plaintiff,

-against-

CITY OF PEEKSKILL, NEW YORK; PEEKSKILL POLICE DEPARTMENT; DETECTIVE JOHN DOE; OFFICER KREUSCHER; SERGEANT JOHN DOE; JOHN/JANE DOES 1-5,

Defendants.

**ORDER**

25-CV-9100 (PMH)

PHILIP M. HALPERN, United States District Judge:

On October 5, 2026, the Court issued an order directing Plaintiff to serve initial disclosures and responses to Defendants' discovery demands by October 16, 2026, and to confer with defense counsel to schedule a mutually agreeable date and time for his deposition so as to ensure that the deposition is completed by October 30, 2026. (Doc. 33). The Court warned Plaintiff that failure to comply could result in dismissal of this action. (*Id.*). On October 28, 2026, Plaintiff filed three letters and his initial disclosures. (Docs. 34-37). To the extent Plaintiff seeks to reopen this case, that request is denied as unnecessary, as this case remains on the Court's active docket and no order of dismissal has been issued.

The parties are directed to meet and confer concerning extant discovery requests and depositions. The Court *sua sponte* extends the deadline to complete fact discovery to December 31, 2026, and the deadlines to complete expert and all discovery to February 12, 2027. The case management conference scheduled for December 22, 2026 is adjourned to April 22, 2027 at 12:30 p.m., to be held by telephone. At the time of the scheduled conference, all parties shall call the following number: (855) 244-8681; access code 2317 236 5283.

The Court vacates so much of its October 5, 2026 order which directed Defendants to file an affidavit by November 6, 2026.

Plaintiff shall ensure that his updated contact information, including e-mail and mailing address, are listed on the docket. Plaintiff is again warned that this action may be dismissed if he fails to timely comply with the Court's orders.

SO ORDERED.

Dated: White Plains, New York
October 30, 2026

PHILIP M. HALPERN
United States District Judge